UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORMAN ADALID PEREZ LOPEZ,

                    Plaintiff,

          -against-

THE BOIL C&C CORP., DD76 INC.M
DONALD NGUYEN, DIEU KHUU, and
JENNY LAN ZHU

                  Defendants.
------------------------------------------------------------ X

23-CV-6741 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on August 1, 2023, (Doc. 1), and filed affidavits of service on The Boil C&C Corp. and DD76 Inc. (the "Served Defendants") on September 25, 2023, (Docs. 14, 15). The deadline for the Served Defendants to respond to Plaintiff's complaint was October 16, 2023. (*See* Docs 14, 15.) To date, the Served Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment against the Served Defendants, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 6, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case against the Served Defendants for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 24, 2023
           New York, New York

                                                                          _____
                                                                         VERNON S. BRODERICK
                                                                         United States District Judge