UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                        :

NORMAN ADALID PEREZ LOPEZ,      :

                        :

                Plaintiff,   :

                        :           23-CV-6741 (VSB)

         -against-        :

                        :             **ORDER**

THE BOIL C&C CORP., DD76 INC.M   :
DONALD NGUYEN, DIEU KHUU, and  :
JENNY LAN ZHU               :

                        :

              Defendants.  :
----------------------------------------------------------- X

VERNON S. BRODERICK, District Judge:

     On December 11, 2023, the parties filed a proposed case management plan.  (Doc. 27-1.) The parties checked the box indicating that they consented "to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c)."  (*Id.* at ¶ 1.)  However, the parties have not submitted the AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge.  If the parties intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file the AO 85 form, available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, on or before December 19, 2023.  If the parties do not intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file a corrected proposed case management plan and scheduling order on or before December 19, 2023.

SO ORDERED.

Dated: December 12, 2023
     New York, New York                    Vernon S. Broderick
                                         United States District Judge