UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NORMAN ADALID PEREZ LOPEZ, *individually and on behalf of others similarly situated,*

Civil Action No. **23-cv-06741**

*Plaintiff,*

**JUDGMENT**

-against-

THE BOIL C&C CORP. (D/B/A THE BOIL), DD76 INC. (D/B/A THE BOIL), DONALD NGUYEN, DIEU KHUU (A/K/A MIKE), and JENNY LAN ZHU

*Defendants.*
-----------------------------------------------------------------X

**JUDGMENT**

On April 17, 2024 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, NORMAN ADALID PEREZ LOPEZ, have judgment against THE BOIL C&C CORP. (D/B/A THE BOIL), DD76 (D/B/A THE BOIL), DONALD NGUYEN, and DIEU KHUU, , jointly and severally, in the amount of Fifty Thousand Dollars and No Cents ($50,000.00), which is inclusive of attorneys' fees and costs.

Dated: __April 17__, 2024

_____
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE